```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                        :
  UNITED STATES OF AMERICA              :    20cr0179-07 (DLC)
                                        :
              -v-                       :         ORDER
                                        :
  ARINZE OBIKA,                         :
                                        :
                    Defendant.          :
                                        :
---------------------------------------X
```

DENISE COTE, District Judge:

The Court has been informed that the defendant intends to enter a plea of guilty on **February 11, 2021** at **3 p.m.** Due to the recent spike in COVID-19 cases, an in-court proceeding may not be available to the defendant. A videoconference proceeding may be available, however. Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following question by **February 4, 2021**:

> Does the defendant consent to be sentenced through videoconference technology?

If the defendant consents to proceed via videoconference, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         January 29, 2021

_____
DENISE COTE
United States District Judge