```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :    20cr179-7(DLC)
                                         :
        -v-                              :    ORDER
                                         :
ARINZE OBIKA,                            :
                                         :
                       Defendant.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A sentencing is scheduled to occur on **May 14, 2021** at **10:00 AM.** Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference. Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following question by **5:00 PM** on **May 5, 2021:**

> Does the defendant consent to have the proceeding occur as a videoconference?

If the defendant consents to have the proceeding occur as a videoconference, please complete and file on ECF the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         April 26, 2021

                              _____
                                      DENISE COTE
                              United States District Judge